UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHELLE ANNE STROMGREN,

    Plaintiff,

v.                                        Case No. 3:21-cv-908-MCR-MJF

KILOLO KIJAKAZI,

    Defendant.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 4, 2023. ECF No. 23. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Petitioner's unopposed "Petition for Authorization of an Attorney Fee Pursuant to the Social Security Act," Doc. 22, is **GRANTED**.

3. The Commissioner is **ORDERED** to disburse $14,550.48 promptly to Petitioner.

4. The clerk of the court shall close this case file.

**DONE AND ORDERED** this 18th day of January 2024.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**